Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
HUANG CHEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>HUANG CHEN,<br><br>   Defendant. | Case No.:   2:17-cr-00136-DJC-10<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DATES** |

The parties, defendant Huang Chen, by and through his counsel Etan Zaitsu, and the Government, by and through its counsel Roger Yang, hereby stipulate as follows:

1. Defendant Huang Chen changed his plea on August 22, 2024. On that date, the Court set his sentencing hearing on December 12, 2024.
2. Counsel for the defendant now requests a continuance of the sentencing date from December 12, 2024 to March 6, 2025, at 9:00 AM, with all filing due dates moved consistent with the new hearing date as outlined below. A continuance is requested because defense counsel requires additional time to complete Probation's pre-interview worksheet, prepare Mr. Chen for his probation interview, and to conduct mitigation research, interviews, and investigation in preparation for sentencing. Preparation has taken longer due to the language barrier between Mr. Chen and his attorney and because he

**Stipulation and Order to Continue Sentencing**

1  lives in the State of
2  New York where pertinent records and individuals with mitigating information are
3  located.
4  3. Probation has been notified of the requested continuance and filing dates and approves.
5  4. Based upon the representations of defense counsel, and with approval of Probation, the
6  government is without objection.
7  5. Therefore, the parties agree and stipulate to the following schedule:
8  Sentencing Date:  March 6, 2025, at 9:00 AM;
9  Reply, or Statement of Non-Opposition:  February 27, 2025;
10 Correction/Formal Objections:  February 20, 2025;
11 Final Presentence Report:  February 13, 2025;
12 Informal Objections:  February 6, 2025; and
13 Draft Presentence Report:  January 23, 2025.
14
15 IT IS SO STIPULATED.
16
17 Dated:  November 14, 2024         Respectfully submitted,
18                                   */s/ Etan Zaitsu*
19                                   ETAN ZAITSU
                                     Attorney for Defendant
                                     HUANG CHEN
20
21
22 Dated:  November 14, 2024         Respectfully submitted,
23                                   */s/ Roger Yang*
                                     ROGER YANG
24                                   Assistant U.S. Attorney
25
26
27
28

2

**Stipulation and Order to Continue Sentencing**

## ORDER

Based upon the representations of the parties, and good cause showing, the Court orders the sentencing hearing for Defendant Huang Chen reset for March 6, 2025, a, with all filing due dates reset as the parties have outlined in the stipulation.

Dated:  December 9, 2024                            /s/ Daniel J. Calabretta
                                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                                   UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Sentencing**