Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HUANG CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>HUANG CHEN<br><br>                    Defendant. | Case No.: 2:17-CR-00136 DLC<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DATES**<br><br>DATE:   March 6, 2025<br>TIME:    9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The parties, defendant Huang Chen, by and through his counsel Etan Zaitsu, and the Government, by and through its counsel Roger Yang, hereby stipulate as follows:

1. Defendant Adam Lee changed his plea on August 22, 2024. On that date, the Court set his sentencing hearing on December 12, 2024. Later, the Court approved the parties' stipulated agreement to move the sentencing hearing to March 6, 2025. Mr. Chen's attended his probation interview on January 24, 2025 by Zoom.

2. Counsel for the defendant now requests a continuance of the sentencing date from March 6, 2025 to May 8, 2025, with all filing due dates moved consistent with the new hearing date as outlined below. A continuance is requested because defense counsel requires additional time to prepare for sentencing, and to provide additional time for Probation to complete its Draft Presentence Report.

3. Probation agrees with this request.

1

**Stipulation and Order to Continue Sentencing**

4. Based upon the representations of defense counsel and Probation's approval, the government is without objection.

5. Therefore, the parties agree and stipulate to the following schedule:

    Sentencing Date: May 8, 2025

    Reply, or Statement of Non-Opposition: May 1, 2025

    Correction / Formal Objections: April 24, 2025

    Final Presentence Report: April 17, 2025

    Informal Objections: April 10, 2025

    Draft Presentence Report: March 27, 2025

IT IS SO STIPULATED.

Dated: February 11, 2025      Respectfully submitted,

*/s/ Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant
HUANG CHEN

Dated: February 11, 2025      Respectfully submitted,

*/s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney

**Stipulation and Order to Continue Sentencing**

1
2                                    **ORDER**

3        Based upon the representations of the parties, and good cause showing, the Court orders
4 the sentencing hearing for Defendant Hunag Chen reset for May 8, 2025, at 9:00 AM, with all
5 filing due dates reset as the parties have outlined in the stipulation.
6
7
8 Dated:  February 12, 2025          /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
9                                    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation and Order to Continue Sentencing**